# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. NOBLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE JUDGES OF THIS COURT, THE ) <br> JUDGES OF THE 3RD CIRCUIT U.S. ) <br> APPEALS COURT, AND THE U.S. ) <br> ATTORNEY IN PHILADELPHIA, ) <br> ) <br> Defendants. ) | Civil Action No. 18-1855 <br> Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 28th day of August, 2018, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that Plaintiff Thomas E. Noble's Motion for Leave to Proceed In Forma Pauperis [2] is DENIED;

IT IS FURTHER ORDERED that Plaintiff's "Motion to Stay and Vacate Defendant's Order and to Enjoin Conflict Clerk from Assigning Plaintiff's Cases" [6] and "Motion to Compel the Court to Forthwith Transmit this Case to the Supreme Court [Along With the Complete Record of all of Plaintiff's Past and Present Cases at this Court] for Impartial Assignment to an Impartial Court Not in the Third Circuit's Jurisdiction" [7] are DENIED;

IT IS FURTHER ORDERED that Plaintiff shall pay the filing fee within 30 days of this Order, or by **September 28, 2018**; and,

FINALLY, IT IS ORDERED that if Plaintiff fails to timely pay the filing fee as directed, the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer, U.S. District Judge

cc: Thomas E Noble
#02218-015
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105
(via first class mail)